IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BUD JAMES PERRY,)
)
        Plaintiff,)
) Civil No. 04-6418-TC
  v.)
) ORDER
MAN-DATA, INC., dba PACIFIC)
COAST CREDIT,)
)
        Defendants.)
_____)

    Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on August 10, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Summary judgment is entered in favor of defendant on all claims brought against it. Defendant's request for attorney fees is denied, and defendant's counterclaim is dismissed. The motion to compel discovery is denied as moot. This case is dismissed.

IT IS SO ORDERED.

DATED this ____ day of __Sept.__, 2005.

_____
UNITED STATES DISTRICT JUDGE